In re:  
Lynn P. Fernbaugh  
Dawn E. Fernbaugh  
    Debtors

Case No. 13-03534-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　User: PRadginsk　　　Page 1 of 1　　　Date Rcvd: Dec 08, 2016  
　　　　　　　　　　　　　Form ID: pdf010　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.  
db/jdb　　　+Lynn P. Fernbaugh,　 Dawn E. Fernbaugh,　 6 E Woodland Drive,　 Mechanicsburg, PA 17055-3370  
　　　　　　+Rite Aid Corporation,　 PO Box 3165,　 Camp Hill, PA 17011-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016　　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:  
　　　　　Charles J. DeHart, III (Trustee)　  dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
　　　　　David A DeFlece　  on behalf of Creditor　  PennyMac Loan Services, LLC ddeflece@blankrome.com  
　　　　　David A DeFlece　  on behalf of Defendant　  PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com  
　　　　　David A DeFlece　  on behalf of Defendant　  Pennymac Loan Services, LLC ddeflece@blankrome.com  
　　　　　ECMC　  djwilcoxson@ecmc.org  
　　　　　Jill Manuel-Coughlin　  on behalf of Creditor　  Pennymac Holdings, LLC jill@pkjllc.com,  
　　　　　　chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
　　　　　John Matthew Hyams　  on behalf of Debtor Lynn P. Fernbaugh jmh@johnhyamslaw.com,  
　　　　　　jak@johnhyamslaw.com  
　　　　　John Matthew Hyams　  on behalf of Joint Debtor Dawn E. Fernbaugh jmh@johnhyamslaw.com,  
　　　　　　jak@johnhyamslaw.com  
　　　　　John Matthew Hyams　  on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,  
　　　　　　jak@johnhyamslaw.com  
　　　　　John Matthew Hyams　  on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,  
　　　　　　jak@johnhyamslaw.com  
　　　　　Joshua I Goldman　  on behalf of Creditor　  BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,  
　　　　　　bkgroup@kmllawgroup.com  
　　　　　Joshua I Goldman　  on behalf of Creditor　  PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,  
　　　　　　bkgroup@kmllawgroup.com  
　　　　　Justin S Abel　  on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com  
　　　　　Justin S Abel　  on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com  
　　　　　United States Trustee　  ustpregion03.ha.ecf@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | |
| Lynn P. Fernbaugh | : | |
| and Dawn E. Fernbaugh, | : | |
| f/k/a Dawn E. Biller, | : | |
| | : | CASE NO: 1:13-bk-03534-RNO |
| Debtors | : | |

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtors Lynn P. Fernbaugh and Dawn E. Fernbaugh, f/k/a/ Dawn E. Biller, to Terminate the Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that Rite Aid Corporation, P.O. Box 3165, Camp Hill, PA 17105, the Employer of Lynn P. Fernbaugh, is hereby directed to discontinue deduction of $378.57 from Lynn P. Fernbaugh's bi-weekly salary, commencing immediately.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

Dated: December 7, 2016