# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:13-bk-03534-RNO |
| | : | |
| LYNN P. FERNBAUGH and | : | |
| DAWN E. FERNBAUGH | : | |
|     Debtors | : | CHAPTER 13 |

## AMENDED NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that Lynn P. Fernbaugh and Dawn E. Fernbaugh, Debtors, have filed a Motion to Modify Confirmed Chapter 13 Plan.

If no Objections and Requests for hearing are timely filed with the Bankruptcy Clerk, with a copy served on Debtors' counsel, The Law Offices of John M. Hyams, 555 Gettysburg Pike, Suite C-400, Mechanicsburg, PA 17055, on or before twenty-one (21) days from the date of this Notice, the Court may act on said Motion without hearing.

If you wish to contest this matter, file a written Objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

                                            CLERK
                                            UNITED STATES BANKRUPTCY
                                            COURT MIDDLE DISTRICT OF
                                            PENNSYLVANIA P.O. BOX 908
                                            HARRISBURG, PA 17108-0908

Date:   January 6, 2017                 LAW OFFICES OF JOHN M. HYAMS

                              By:    /s/     John M. Hyams, Esquire
                                              John M. Hyams, Esquire
                                              555 Gettysburg Pike, Suite C-400
                                              Mechanicsburg, PA 17055
                                              (717) 766-5300
                                              Attorney for Debtors