```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03534-RNO
Lynn P. Fernbaugh                                               Chapter 13
Dawn E. Fernbaugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: MMchugh              Page 1 of 1              Date Rcvd: Jan 26, 2017
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
    +Rite Aid,   Attn: Payroll Department,   PO Box 3165,   Harrisburg, PA 17105-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      David A DeFlece   on behalf of Defendant   Pennymac Loan Services, LLC ddeflece@blankrome.com
      David A DeFlece   on behalf of Creditor   PennyMac Loan Services, LLC ddeflece@blankrome.com
      David A DeFlece   on behalf of Defendant   PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com
      ECMC   djwilcoxson@ecmc.org
      Jill Manuel-Coughlin   on behalf of Creditor   Pennymac Holdings, LLC jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
      John Matthew Hyams   on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
      John Matthew Hyams   on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
      John Matthew Hyams   on behalf of Debtor Lynn P. Fernbaugh jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
      John Matthew Hyams   on behalf of Joint Debtor Dawn E. Fernbaugh jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
      Joshua I Goldman   on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Justin S Abel   on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com
      Justin S Abel   on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com
      Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Lynn P. Fernbaugh | : | |
| and Dawn E. Fernbaugh | : | |
| f/k/a Dawn E. Biller | : | |
| | : | CASE NO: 1:13-bk-03534-RNO |
| Debtors | : | |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that by Rite Aid, Attn: Payroll Department, PO Box 3165, Harrisburg, PA 17105, the employer of Lynn P. Fernbaugh, is hereby directed to deduct $267.11 from Lynn P. Fernbaugh's bi-weekly salary, commencing immediately and continuing thereafter for 20 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: January 25, 2017