Rev. 06/23/08

## LOCAL BANKRUPTCY FORM 3015-2(b)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Lynn P. Fernbaugh
and Dawn E. Fernbaugh : CHAPTER 13

CASE NO. 1 - 13 -bk- 03534-RNO

**Debtor(s)**

### CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Funding or Making Technical Amendments)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Eighth Amended Chapter 13 Plan filed on July 5, 2017 proposes to alter the funding of, or to make technical amendments to, the Chapter 13 Plan confirmed on January 9, 2014, but does not affect the treatment of the claims of any creditors included in the confirmed Plan, including the amounts to be paid, the timing of the payments or the treatment of collateral:

I further certify that the Eighth Amended Chapter 13 Plan has been served on the Chapter 13 trustee, and because none of the claims provided for in the plan will be affected by the provisions of the Eighth Amended Chapter 13 Plan, no further notice is required.

/s/ John M. Hyams
Counsel for Debtor(s)

Dated: July 5, 2017