```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-03534-RNO
Lynn P. Fernbaugh                                                   Chapter 13
Dawn E. Fernbaugh
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: PRadginsk        Page 1 of 1        Date Rcvd: Aug 11, 2017
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db/jdb         +Lynn P. Fernbaugh,    Dawn E. Fernbaugh,    6 E Woodland Drive,    Mechanicsburg, PA 17055-3370
               +Rite Aid,    Attn: Payroll Department,    PO Box 3165,    Harrisburg, PA 17105-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David A DeFlece    on behalf of Creditor    PennyMac Loan Services, LLC ddeflece@blankrome.com
              David A DeFlece    on behalf of Defendant    PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com
              David A DeFlece    on behalf of Defendant    Pennymac Loan Services, LLC ddeflece@blankrome.com
              ECMC    djwilcoxson@ecmc.org
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Matthew Hyams    on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Lynn P. Fernbaugh jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Dawn E. Fernbaugh jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Lynn P. Fernbaugh :
and Dawn E. Fernbaugh :
f/k/a Dawn E. Biller :
: CASE NO: 1:13-bk-03534-RNO
Debtors :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that by Rite Aid, Attn: Payroll Department, PO Box 3165, Harrisburg, PA 17105, the employer of Lynn P. Fernbaugh, is hereby directed to deduct $430.46 from Lynn P. Fernbaugh's bi-weekly salary, commencing immediately and continuing thereafter for 12 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

By the Court,

_/s/ Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: August 10, 2017