```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03534-RNO
Lynn P. Fernbaugh                                               Chapter 13
Dawn E. Fernbaugh
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Nov 08, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db/jdb         +Lynn P. Fernbaugh,    Dawn E. Fernbaugh,    6 E Woodland Drive,    Mechanicsburg, PA 17055-3370
cr             +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David A DeFlece    on behalf of Creditor    PennyMac Loan Services, LLC ddeflece@blankrome.com
              David A DeFlece    on behalf of Defendant    PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com
              David A DeFlece    on behalf of Defendant    Pennymac Loan Services, LLC ddeflece@blankrome.com
              ECMC    djwilcoxson@ecmc.org
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    Pennymac Holdings, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Matthew Hyams    on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Dawn E. Fernbaugh jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Lynn P. Fernbaugh jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Lynn Fernbaugh and | : | |
| Dawn Fernbaugh | : | CASE NO. 1-13-bk-03534 |
| Debtor | : | |

### ORDER TO REASSIGN

It appearing that a conflict exists between myself and Debtors' counsel, it is hereby

**ORDERED** that I recuse myself from further consideration of this entire case.

The Clerk is hereby directed to reassign the case to the Honorable Robert N. Opel, II, Chief United States Bankruptcy Judge for the Middle District of Pennsylvania.

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: November 7, 2017