Certificate Number: 06531-PAM-DE-031479511

Bankruptcy Case Number: 13-03534


06531-PAM-DE-031479511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 15, 2018</u>, at <u>8:17</u> o'clock <u>PM CDT</u>, <u>Lynn P Fernbaugh</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 15, 2018</u>       By: <u>/s/Lori A Danburg</u>

                                 Name: <u>Lori A Danburg</u>

                                 Title: <u>Credit Counselor</u>