Certificate Number: 06531-PAM-DE-031479516

Bankruptcy Case Number: 13-03534


06531-PAM-DE-031479516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2018, at 8:18 o'clock PM CDT, Dawn E Fernbaugh completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 15, 2018            By:    /s/Lori A Danburg

                                 Name:  Lori A Danburg

                                 Title: Credit Counselor