```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-03534-RNO
Lynn P. Fernbaugh                                                   Chapter 13
Dawn E. Fernbaugh
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman          Page 1 of 1          Date Rcvd: Aug 24, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
      +Rite Aid Corporation,   P.O. Box 3165,   Camp Hill, PA 17011-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      David A DeFlece    on behalf of Defendant   Pennymac Loan Services, LLC ddeflece@blankrome.com
      David A DeFlece    on behalf of Creditor    PennyMac Loan Services, LLC ddeflece@blankrome.com
      David A DeFlece    on behalf of Defendant   PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com
      ECMC    djwilcoxson@ecmc.org
      Jill  Manuel-Coughlin    on behalf of Creditor   PennyMac Loan Services, LLC jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       ;mary.raynor-paul@pkallc.com
      Jill  Manuel-Coughlin    on behalf of Creditor   Pennymac Holdings, LLC jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       ;mary.raynor-paul@pkallc.com
      John Matthew Hyams    on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,
       acb@johnhyamslaw.com,eah@johnhyamslaw.com
      John Matthew Hyams    on behalf of Debtor 2 Dawn E. Fernbaugh jmh@johnhyamslaw.com,
       acb@johnhyamslaw.com,eah@johnhyamslaw.com
      John Matthew Hyams    on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,
       acb@johnhyamslaw.com,eah@johnhyamslaw.com
      John Matthew Hyams    on behalf of Debtor 1 Lynn P. Fernbaugh jmh@johnhyamslaw.com,
       acb@johnhyamslaw.com,eah@johnhyamslaw.com
      Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Justin S Abel    on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com
      Justin S Abel    on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com
      Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                   TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Lynn P. Fernbaugh
Dawn E. Fernbaugh

: CASE NO: 1:13-bk-03534-RNO

Debtors

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtors Lynn P. Fernbaugh and Dawn E. Fernbaugh, to Terminate the Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that Rite Aid Corporation, P.O. Box 3165, Camp Hill, PA 17105, the Employer of Lynn P. Fernbaugh, is hereby directed to discontinue deduction of $430.46 from Lynn P. Fernbaugh's bi-weekly salary, commencing immediately.

Dated: August 24, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)