```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 13-03534-RNO
Lynn P. Fernbaugh                                         Chapter 13
Dawn E. Fernbaugh
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: PRadginsk        Page 1 of 1          Date Rcvd: Nov 13, 2018
                             Form ID: fnldec         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb          +Lynn P. Fernbaugh,   Dawn E. Fernbaugh,   6 E Woodland Drive,   Mechanicsburg, PA 17055-3370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                         Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          David A DeFlece   on behalf of Defendant   PENNYMAC LOAN SERVICES, LLC ddeflece@blankrome.com
          David A DeFlece   on behalf of Defendant   Pennymac Loan Services, LLC ddeflece@blankrome.com
          David A DeFlece   on behalf of Creditor   PennyMac Loan Services, LLC ddeflece@blankrome.com
          ECMC   djwilcoxson@ecmc.org
          Jill Manuel-Coughlin   on behalf of Creditor   PennyMac Loan Services, LLC jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Jill Manuel-Coughlin   on behalf of Creditor   Pennymac Holdings, LLC jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          John Matthew Hyams   on behalf of Plaintiff Dawn E. Fernbaugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams   on behalf of Debtor 2 Dawn E. Fernbaugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams   on behalf of Plaintiff Lynn P. Fernbaugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams   on behalf of Debtor 1 Lynn P. Fernbaugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Joshua I Goldman   on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin S Abel   on behalf of Plaintiff Lynn P. Fernbaugh jsa@johnhyamslaw.com
          Justin S Abel   on behalf of Plaintiff Dawn E. Fernbaugh jsa@johnhyamslaw.com
          Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 17
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lynn P. Fernbaugh, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:13−bk−03534−RNO |
| Dawn E. Fernbaugh,<br>fka Dawn E. Biller, | |
| **Debtor 2** | |

Social Security No.:

xxx−xx−7574        xxx−xx−2588

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  November 13, 2018                      By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)